```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14114
   DEXTER G JACKSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-7320

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/06/2007 and was confirmed 01/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY        2141.44            .00           .00
ROUNDUP FUNDING LLC        FILED LATE       187.12            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED        236.84            .00           .00
CITY OF CHICAGO PARKING    FILED LATE      2180.00            .00           .00
CRST                       UNSECURED      NOT FILED           .00           .00
PARK DANSAN                UNSECURED      NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED           .00           .00
RICKENBACKER               UNSECURED      NOT FILED           .00           .00
RJM AQUISITIONS FUNDING    UNSECURED      NOT FILED           .00           .00
TORRES CREDIT SERVICES     UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        152.54            .00           .00
ILLINOIS DEPT OF REV       PRIORITY         190.04            .00           .00
ILLINOIS DEPT OF REV       UNSECURED         30.00            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,314.00                       735.95
TOM VAUGHN                 TRUSTEE                                         64.00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    799.95

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    735.95
TRUSTEE COMPENSATION                               64.00
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                     799.95                 799.95

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14114 DEXTER G JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14114 DEXTER G JACKSON